UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISHNA REDDY,                          )
                                        )
                    Plaintiff,          )
                                        )
            v.                          )
                                        )
SANDRA DAY O'CONNOR                     )
Associate Justice, United States Supreme )     Civil Action No. 06-2114 (JDB)
Court, et al.                           )
                                        )
                    Defendants.         )
_____)

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette,

Assistant United States Attorney, as counsel of record for the Supreme Court defendants, in the

above-captioned case.

Respectfully submitted,

_____/s/_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that on this January 25, 2007, I caused the foregoing notice of attorney appearance to be served on pro se plaintiff, **Krishna Reddy,** by postage prepaid and addressed as follows:

KRISHNA REDDY
10650 Mountain View Ave., #702
Redlands, CA 92373-8459



_____/s/_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153