UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISHNA REDDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SANDRA DAY O'CONNOR ) | |
| Associate Justice, United States Supreme ) | Civil Action No. 06-2114 (JDB) |
| Court, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

MOTION FOR EXTENSION OF TIME

    Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint by 30 days. On December 20, 2006, the Court ordered the U.S. Attorney's Office for the District of Columbia to submit a response, by not later than January 31, 2007, on behalf of the United States Supreme Court Defendants addressing the issues of judicial immunity and venue. About one month later, on or around January 17, 2006, the Civil Division of the U.S. Attorney's Office received the Court's December 20, 2006 order. The Supreme Court Defendants are presently seeking representation authority from the Department of Justice Defendants. In the meanwhile, the undersigned, along with her heavy case load, is preparing for trial which will start in the beginning of February. Therefore, the Supreme Court Defendants request an additional 30 days to respond to the complaint.

    The undersigned left a message with pro se Plaintiff informing her that a motion to extend would be filed and seeking her consent to the relief requested. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Supreme Court Defendants respectfully request that the time for answering or otherwise responding to the Complaint be extended 30 days, to and including March 2, 2007.

Date: January 25, 2007                    Respectfully submitted,


                                          /s/
                                          ANDREA McBARNETTE, D.C. Bar  # 483789
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7153

## CERTIFICATE OF SERVICE

      I hereby certify that on this January 25, 2007, I caused the foregoing motion to extend to be served on pro se plaintiff, **Krishna Reddy,** by postage prepaid and addressed as follows:

KRISHNA REDDY
10650 Mountain View Ave., #702
Redlands, CA 92373-8459


      /s/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTNA REDDY, )<br>)<br>            Plaintiff, )<br>)<br>  v. )<br>)<br>SANDRA DAY O'CONNOR )<br>Associate Justice, United States Supreme )<br>Court, et al. )<br>)<br>           Defendants. )<br>_____) | Civil Action No. 06-2114 (JDB) |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion to Extend, it is hereby ordered that the motion is granted. Defendants may file a response to Plaintiff's Complaint on or before March 2, 2007.

 

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007