UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISHNA REDDY,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA DAY O'CONNOR<br>Associate Justice, United States Supreme Court, et al.<br><br>Defendants. | ) | Civil Action No. 06-2114 (JDB) |

MOTION FOR EXTENSION OF TIME

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant's response is due on March 2, 2007. The Defendant requests an extension of 7 days, up to and including March 8, 2007. Counsel for the Defendants have been working diligently on a dispositive motion. Given the undersigned heavy caseload, including several dispositive motions in other cases due this week, the undersigned requests additional time to file the a response to the Complaint. The undersigned left a message with pro se Plaintiff informing her that a motion to extend would be filed and seeking her consent to the relief requested. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Supreme Court Defendants respectfully request that the time for answering or otherwise responding to the Complaint be extended 7 days, to and including March 8, 2007.

Date: March 1, 2007

Respectfully submitted,

/s/

ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that on this March 1, 2007, I caused the foregoing motion to extend to be served on pro se plaintiff, **Krishna Reddy,** by postage prepaid and addressed as follows:

KRISHNA REDDY
10650 Mountain View Ave., #702
Redlands, CA 92373-8459

/s/

ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153