UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISHNA REDDY,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA DAY O'CONNOR,<br>Associate Justice, United States Supreme Court, et al.,<br><br>    Defendants. | Civil Action No. 06-2214 (JDB) |

## ORDER

Certain defendants (hereinafter, the "Supreme Court defendants") filed a motion to dismiss on March 5, 2007.  Plaintiff is representing herself pro se.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

Therefore, the Court hereby advises plaintiff that she must respond to defendants' motion by not later than March 21, 2007.  If plaintiff does not respond, the Court may grant defendants' motion as conceded.  Moreover, because venue of this action is based on the claims against the Supreme Court defendants, plaintiff is hereby provided notice that dismissal of the claims against those defendants may result in transfer of venue to the appropriate district in California pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

                                /s/ John D. Bates
                              JOHN D. BATES
                              United States District Judge

Dated:   March 7, 2007