UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISHNA REDDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SANDRA DAY O'CONNOR ) | |
| Associate Justice, United States Supreme ) | Civil Action No. 06-2114 (JDB) |
| Court, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

MOTION FOR EXTENSION OF TIME

    The Supreme Court Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to file a reply in support of their motion to dismiss. Defendants' reply is due on March 30, 2007. The Defendants request an extension of 7 days, up to and including April 6, 2007. The enlargement of time will allow the undersigned to prepare the reply and consult with agency counsel, who, do to his heavy caseload, requires additional time. The undersigned left a message with pro se Plaintiff informing her that a motion to extend would be filed and seeking her consent to the relief requested. This extension is sought in good faith and will not unfairly prejudice any party.

    WHEREFORE, based on the foregoing, the Supreme Court Defendants respectfully request that the time for filing a reply be extended 7 days, to and including April 6, 2007.

Date: March 27, 2007               Respectfully submitted,


                                   _____/s/_____
                                   ANDREA McBARNETTE, D.C. Bar  # 483789
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7153

**CERTIFICATE OF SERVICE**

      I hereby certify that on this March 27, 2007, I caused the foregoing motion to extend to be served on pro se plaintiff, **Krishna Reddy,** by postage prepaid and addressed as follows:

KRISHNA REDDY
10650 Mountain View Ave., #702
Redlands, CA 92373-8459

                                  /s/
                            ANDREA McBARNETTE, D.C. Bar  #483789
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISHNA REDDY,                                    )<br>                                                                )<br>            Plaintiff,                                 )<br>                                                                )<br>    v.                                                       )<br>                                                                )<br>SANDRA DAY O'CONNOR                    )<br>Associate Justice, United States Supreme  )<br>Court, et al.                                            )<br>                                                                )<br>            Defendants.                           )<br>_____ ) | Civil Action No. 06-2114 (JDB) |

## **ORDER**

Upon consideration of the Supreme Court Defendants' Motion to Extend, it is hereby ordered that the motion is granted. Defendants may file a reply on or before April 6, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007