## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KRISHNA REDDY,

     **Plaintiff,**

       v.

SANDRA DAY O'CONNOR,
Associate Justice, United States Supreme
Court, et al.,

     **Defendants.**

Civil Action No.  06-2114 (JDB)

# FILED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion of the Supreme Court defendants to dismiss the claims against them, plaintiff's motion for disqualification, and plaintiff's cross-motion for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that plaintiff's motion for disqualification of the undersigned is **DENIED**; it is further

**ORDERED** that the motion to dismiss is **GRANTED**; it is further

**ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall **TRANSFER** this action to the Central District of California.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Dated: October 24, 2007