

Krishna Reddy
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
(909) 799-9569
No FAX Number

Plaintiff, KRISHNA REDDY,
in pro se,

**RECEIVED**

NOV 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE NO.: 06-2114 (JDB)

| | |
|---|---|
| KRISHNA REDDY, | PLAINTIFF'S NOTICE OF MOTION; AND MOTION FOR AN ORDER TO SET ASIDE AND VACATE ALL PRIOR RULINGS, ORDERS, AND JUDGMENTS MADE BY THE HONORABLE JUDGE JOHN D. BATES, AND FOR AN ORDER TO ENTER A JUDGMENT ON THE PLEADINGS IN FAVOR OF THE PLAINTIFF |
| Plaintiff, | |
| vs. | |
| SANDRA DAY O'CONNOR, et.al., | |
| Defendants. | |
| | [FRCP, Rules 59 & 60] |
| | Memorandum of Points and Authorities; Declaration of Plaintiff; and Proposed order |

## NOTICE OF MOTION

TO THE DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter can be heard by the above-mentioned Court, I, Krishna Reddy, the Plaintiff in the above-titled action, will move the Court for an order to set aside and vacate all prior rulings, orders, and judgments made by the Honorable Judge John D. Bates in the above-titled action and for an order to enter a judgment on the pleadings in my favor.

1

This motion is being made on the grounds of mistake of facts and mistake of law made by the Court which precluded a judgment in my favor in the above-titled action.

This motion will be based on the attached memorandum of points and authorities and on my supporting declaration that is attached, and all other documents on file and such other evidence as may be presented to the Court at or before the hearing.

Date: November 6, 2007

*Krishna Reddy*

_____
Krishna Reddy
Plaintiff, pro se

## MEMORANDUM OF POINTS AND AUTHORITIES

## PROCEDURAL HISTORY

This case arose out of the lawlessness of the various judges of both State and Federal Courts including the defendant justices of the United States Supreme Court. Once this complaint was filed in this Court, Judge John D. Bates "invited" the attorneys of the Department of Justice after giving them the points to argue, to file a motion to dismiss my complaint. Once I filed my motion for disqualification of Judge Bates pursuant to 28 USC Section 144 among others, Judge Bates, a non-Article III judge, who was disqualified pursuant to both 28 USC Section 144 and 28 USC Section 455 grounds, indulged in "self-help assignment" of my case to self in violation of 28 USC Section 144, and denied my motion for disqualification by addressing only the 28 USC Section 455 grounds but not the Section 144 motion, and granted the Supreme Court defendants' motion to dismiss and ordered the case to be transferred to the Central District of California [see order filed on October 24, 2007].

This is a motion for an order to vacate all prior rulings, orders, and judgements made by Judge Bates in the above-titled action; for an order by the Presiding Judge of this Court assigning this case to an Article III Judge to hear matters in the above-titled action; and for an order for entry of judgment on the pleadings in my favor.

## STATEMENTS OF LAW

### I

### JUDGE BATES IS NOT AN ARTICLE III JUDGE AND IS PRECLUDED FROM HEARING MATTERS OVER MY OBJECTIONS

1. The qualifications of persons who may choose or be chosen, are defined and fixed by the Constitution, are unalterable by the legislature, are indispensable, and must be met [see *The Federalist Papers*, No. 60, by Alexander Hamilton].

3

Though Judge Bates thinks that the issue of Mr. Bush being a non-Article II "surrogate" President has been pushed under the rug and that he is an Article III judge, the fact is, the qualifications of public officials are "indispensable" and can be questioned by the Citizens <u>even after the member is seated in office</u> [please see *Hinds' Precedents of the House of Representatives* (Washington: 1907)" Volume I, Chapter XIII, Sections 434-435].

2. The DC Circuit in the case of <u>*In re Bituminous Coal Operators Ass'n Inc.*</u> (DC cir. 1991) 949 F.2d 1165, 1168-1169, said that the Court has no authority to impose on the parties without their consent, a "surrogate judge" to try the controversy and determine liability.

Based on all the above, Mr. Bush was, is, and always will be, a non-Article II "surrogate" President, and Judge Bates appointed by a non-Article "surrogate" President, is and always will be, a non-Article III Judge. Since I did not consent to assignment of the case to a "surrogate judge", Judge Bates is not qualified to hear any matters in this case over my objections.

II

JUDGE BATES IS DISQUALIFIED FROM RULING ON HIS OWN DISQUALIFICATION

As the Supreme Court wrote in the case of *Gutierrez de Martinez v. Lamagno*, 515 U.S. 417 (1995) citing the Federalist Paper No. 10 by Madison and also citing the case of *re Murchison*, 349 U.S. 133, 136, "a body of men are unfit to be both judges and parties at the same time." Based on the above, the judges of the Central District of California were and are disqualified from hearing any matters in this case, therefore, the case cannot be transferred to the Central District of California; the Supreme Court Justice-defendants were and are disqualified from hearing any matters in this case once this Court goes to the Supreme Court on appeal; and Judge Bates is disqualified from hearing his own disqualification motion since he acknowledges that he has been appointed to FISC by Judge

4

Roberts as well as concedes to committing the acts that were the bases for my disqualification of Judge Bates.

### III

### JUDGE BATES WAS DISQUALIFIED PURSUANT TO 28 USC SECTION 144 AMONG OTHERS, AND IS PRECLUDED FROM HEARING ANY MATTERS IN THIS CASE

1. The United States Code 28 USC Section 144 supplies a litigant with the opportunity to file an affidavit that the judge before whom the matter is pending has a personal bias or prejudice sufficient to mandate disqualification [see *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 871 fn 3 (1988)].

2. The United States Code 28 USC Section 144 regarding "Bias or prejudice of judge" reads:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, *such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.* (emphasis added)

3. The provisions of US Code 28 USCS 144 are thus "prohibitory" in nature and require Judge Bates to "proceed no further" in the case once an Affidavit of Disqualification pursuant to 28 USCS 144 was filed by me.

4. In this action, in the order dismissing the action as to the Supreme Court defendants, Judge Bates did not address the 28 USCS 144 grounds, instead indulged in "self-help assignment" of my case to self over my objections and also in violation of 28 USCS 144, and denied my motion for disqualification and dismissed the complaint as to the Supreme Court Justices.

5. Though Judge Bates at page 5 of the order of dismissal says that there is no "antagonism" against me, at page 10 uses the word "nonsense" to refer to my arguments that were based on the US Code 28 USCS 455 which reads:

5

(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

(b) *He shall also disqualify himself* in the following circumstances:

...(5) *He* or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person: (i) *Is a party to the proceeding*, or an officer, director, or trustee of a party; (emphasis added)

6. By referring to 28 USCS 455 as "nonsense", Judge Bates once again shows total disregard for the laws that he took an Oath to "uphold" for which he should be removed from office pursuant to Article VI, Clause 3 of the United States Constitution.

Based on the above, pursuant to 28 USCS 144, a prohibitory code, a disqualified Judge loses jurisdiction over the case, and Judge Bates should refrain from making any rulings, orders or judgments in this case.

IV

VACATUR OF ALL PRIOR RULINGS IS PROPER PURSUANT TO FRCP RULE 60(b)(6) AND ENTRY OF A JUDGMENT IN MY FAVOR IS PROPER

1. Vacatur was a proper remedy for violation of the disqualification statutes pursuant to Federal Rules of Civil Procedure, Rule 60(b)(6) [see *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 862-870 (1988)].

2. The Supreme Court defendants do not dispute the facts in this case, nor do they state any reasons as to why they are entitled to "judicial immunity" which is only a "qualified immunity" and not an "absolute immunity." Without such showing, they are not entitled to dismissal of the Complaint. Therefore, I am

entitled to a judgment on the pleadings in this case against the Supreme Court defendants and in my favor.

Based on the above, all prior rulings, orders, and judgments made by the Honorable Judge JOHN D. BATES in the above-titled case should be vacated, and pursuant to 28 USC Section 144, the case should be assigned to a different judge, and a judgment should be entered in my favor in the above-entitled action by a different judge.

## CONCLUSION

Based on all the above, I request the Court to kindly vacate all prior rulings, orders, and judgments made by the Honorable Judge JOHN D. BATES in this case; I request the Presiding Judge of this Court to kindly vacate the reference of the case for all purposes to the Honorable Judge JOHN D. BATES; and I request the Court to kindly assign this case to an Article III judge who is not appointed by the non-Article II surrogate President, Mr. George W. Bush, during any of his terms; and I request the Court to enter a judgment in my favor as requested in my Complaint.

Respectfully submitted,

Dated: November 6, 2007

*Krishna Reddy* (signature)

Krishna Reddy
Plaintiff, in pro se

## DECLARATION OF PLAINTIFF, KRISHNA REDDY

I, Krishna Reddy, declare:

1. I am the plaintiff in the above-titled action.

2. This declaration is being made in support of my MOTION FOR AN ORDER TO SET ASIDE AND VACATE ALL PRIOR RULINGS, ORDERS, AND JUDGMENTS MADE BY THE HONORABLE JUDGE JOHN D. BATES, AND FOR AN ORDER TO ENTER A JUDGMENT ON THE PLEADINGS IN MY FAVOR.

3. On November 6, 2007, at approximately 1:40 p.m. (PST), I called Ms. Andrea McBarnette, Assistant US Attorney, and notified her regarding the filing of this MOTION.

3. This MOTION is being personally prepared by me and all facts stated in this reply, including this declaration, the memorandum of points and authorities in support thereof, and all the documents referenced to in support of this MOTION, are all within my personal knowledge, except where otherwise indicated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 6th day of November, 2007, at Redlands, California.

*Krishna Reddy*
_____
Krishna Reddy
Plaintiff, pro se



Krishna Reddy
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
(909) 799-9569
No FAX Number

Plaintiff, KRISHNA REDDY,
in pro se,

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CASE NO.:   06-CV-2114-JDB

| | |
|---|---|
| KRISHNA REDDY, | |
| Plaintiff, | |
| vs. | |
| SANDRA DAY O'CONNOR, et.al., | CERTIFICATE OF SERVICE BY U.S. MAIL |
| Defendants. | |

1

<u>PROOF OF SERVICE BY U.S. MAIL</u>

I, __Susan Shafer__, declare:

1. I am a resident of the County of San Bernardino, the State of California. I am over the age of 18 years, and not a party to the cause. My business address is: 1900 W. Redlands Blvd, San Bernardino, CA 92403.

2. On November 6, 2007, I served the following documents:

1. PLAINTIFF'S NOTICE OF MOTION; AND MOTION FOR AN ORDER TO SET ASIDE AND VACATE ALL PRIOR RULINGS, ORDERS, AND JUDGMENTS MADE BY THE HONORABLE JUDGE JOHN D. BATES, AND FOR AN ORDER TO ENTER A JUDGMENT ON THE PLEADINGS IN FAVOR OF THE PLAINTIFF; and
2. PROPOSED ORDER;

in the case of <u>Reddy v. Sandra Day O'Connor, et. al.</u>, pending in the U.S. District Court for the District of Columbia, Civil Case No.: 06-CV-02114-JDB, on the defendants by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid for First Class Mail, and depositing that sealed envelope in the United States mail at San Bernardino, California, addressed as follows:

> Ms. Andrea McBarnette
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Washington, DC. 20530
> Phone: (202) 514-7153

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on November 6, 2007, in San Bernardino, California.

By: _____
Declarant

2

Krishna Reddy
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
(909) 799-9569
No FAX Number

Plaintiff, KRISHNA REDDY,
in pro se,

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE NO.:  06-CV-2114-JDB

| KRISHNA REDDY, | ) | ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO SET ASIDE AND VACATE ALL PRIOR RULINGS, ORDERS, AND JUDGMENTS AND FOR A DIFFERENT JUDGMENT |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| SANDRA DAY O'CONNOR, et.al., | ) | |
| Defendants. | ) | |

The Plaintiff's MOTION for an order to set aside and vacate all prior rulings, orders, and judgments made by the Honorable Judge John D. Bates, and for an order to enter a judgment on the pleadings in favor of the Plaintiff came on for hearing.

The Court having considered the motion, and for good cause appearing,

IT IS ORDERED that the Plaintiff's motion is granted in its entirety, and judgment entered on all causes of action in favor of the plaintiff and against all the defendants.

Date: _____, 2007

_____
United States District Court Judge