UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISHNA REDDY,

Plaintiff,

v.

SANDRA DAY O'CONNOR,
Associate Justice, United States Supreme
Court, et al.,

Defendants.

Civil Action No.  06-2114 (JDB)

**FILED**

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Before the Court is plaintiff's motion to set aside and vacate all prior rulings, orders, and judgments entered in this action and request for an order entering judgment in favor of plaintiff. Plaintiff's motion is based on her contention that disqualification of the undersigned is required on the ground that President Bush lacks the authority to appoint Article III judges (including the undersigned), and that the record in this matter shows the undersigned is biased against plaintiff. Plaintiff also summarily repeats her earlier argument that the Supreme Court defendants are not protected by judicial immunity.  The Court addressed these issues in the Memorandum Opinion and Order entered on October 24, 2007, and denies plaintiff's motion for the reasons stated therein.

Accordingly, it is hereby

**ORDERED** that plaintiff's motion to set aside and vacate all prior rulings, orders, and judgments entered in this action and request for an order entering judgment in favor of plaintiff are **DENIED**.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Dated: Nov, 30, 2007